# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2299
Lower Tribunal No. 2021-CA-003771

_____

PROGRESSIVE AMERICAN INSURANCE COMPANY,

Appellant,

v.

VICKI L. GORDON,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and KAMOUTSAS, JJ., concur.

Kevin D. Franz and Lara J. Edelstein, of Boyd & Jenerette, PA, Boca Raton, for Appellant.

Ravin J. Sahadeo, Ryan P. Rudd, Mary K. Moran, and William D. Bates, of Morgan and Morgan, Orlando, and Eric S. Block, of Morgan & Morgan, Jacksonville, and David L. Luck, of Morgan & Morgan, Miami, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED